**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD WEIL,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-319-Orl-22KRS**

**ARTHUR VESCOVI, individually and d/b/a**
**All United Security Services Trust, et al.,**
**and MARC A. VESCOVI, individually and**
**d/b/a All United Security Services Trust, et**
**al.,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on the Stipulation for Judgment as to Arthur Vescovi (Doc. No. 82) and on the Plaintiff's Amended Motion for Final Default Judgment Against Marc A. Vescovi (Doc. No. 85).

The United States Magistrate Judge has submitted a Report recommending that the Court approve the settlement between Weil and Arthur Vescovi, and deny without prejudice Weil's Amended Motion for Final Default Judgment Against Marc A. Vescovi.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 26, 2007 (Doc. No. 86) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **APPROVES** the Settlement between Richard Weil and Arthur Vescovi, individually, and d/b/a All United Security Services Trust, All United Security Services, American Professional Security and National Services, and **DISMISSES** this cause against Arthur Vescovi, both individually and doing business as the various entities.

3. Plaintiff's Amended Motion for Final Default Judgment Against Marc A. Vescovi, individually, and d/b/a All United Security Services Trust, All United Security Services, American Professional Security and National Services (Doc. No. 85) is **DENIED without prejudice**.  No later than April 27, 2007 Weil may file a second amended motion for default judgment against Marc A. Vescovi supported by evidence of uncompensated attorneys' fees and costs incurred in the litigation of the federal case only.  Failure to file a motion as directed shall result in dismissal of this action as to Marc A. Vercovi, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 16, 2007.

*(signed)*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Marc A. Vescovi