# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD WEIL,**

        **Plaintiff,**

-vs-                                                                                    **Case No. 6:05-cv-319-Orl-22KRS**

**ARTHUR VESCOVI, individually and d/b/a: All United Security Services Trust, et al., and MARC A. VESCOVI, individually and d/b/a All United Security Services Trust, et al.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff's Third Amended Motion for Final Default Judgment Against Marc A. Vescovi, individually. (Doc. No. 93) filed on June 15, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 20, 2007 (Doc. No. 94) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Third Amended Motion for Final Default Judgment Against Marc A. Vescovi, individually. (Doc. No. 93) is granted in part and denied in part.

3. The Clerk is directed to enter a Default Judgment providing that Plaintiff **RICHARD WEIL**, recover of the Defendant **MARC A. VESCOVI,** $9,626.00 in attorneys' fees and $345.00 in costs for a total sum of **$9,971.00**.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 27, 2007.

Copies furnished to:

Counsel of Record
Marc A. Vescovi

ANNE C. CONWAY
United States District Judge